## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ELI PERKINS, III, | Case No. 23-cv-3168 (LMP/SGE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SYNCHRONY BANK et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 49, of United States Magistrate Judge Shannon G. Elkins, which recommends dismissing without prejudice Plaintiff Eli Perkins, III's remaining claims for failure to prosecute. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 49) is **ADOPTED**.

2. Perkins's claims against Wings Financial Credit Union and Equifax Information Services, Inc. are **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 2, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge